THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
 Damion Antwan Carmichael,       
 Appellant.
 
 
 

Appeal From Dillon County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2005-UP-185
Submitted March 1, 2005  Filed March 11, 2005

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda P. Hagler, of Columbia, for Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Damion Antwan Carmichael appeals his convictions for accessory before the fact, accessory after the fact, and possession of a stolen pistol.  Counsel for Carmichael attached to the final brief a petition to be relieved as counsel.  Carmichael did not file a separate pro se response.  
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Carmichaels appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.